IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DARREN CORDOVA,

       Plaintiff,

v.                                                          CIV 08-1035 KBM/RLP

ALLSTATE INSURANCE COMPANY,

       Defendant.

## ORDER ON MOTION TO WITHDRAW AS COUNSEL

**THIS MATTER** came before this Court on Keller & Keller's Motion to Withdraw as Counsel of Record for Plaintiff *(Doc. 64)*. Our Local Rules require that, "The attorney must file and serve on all parties, ***including the client***, a motion to withdraw." Although the motion is compliance with our Local Rules in all other respects, the motion does not certify that the client was served with the motion, and the receipt of electronic filing lacks any indication that such service was given.

At the Pretrial conference held on September 10, 2010, counsel indicated that Plaintiff is indeed aware of the motion. Because this case is currently set for trial on September 27, 2010 and the Plaintiff may want to keep that setting, Keller & Keller are directed to file the required certificate of service if, in fact, such service occurred. If no certificate of service or, in the alternative Plaintiff's consent to the motion, is filed by September 16, 2010, the motion will be denied.

    **IT IS SO ORDERED.**

                                                        _____
                                                        KAREN B. MOLZEN
                                                      United States Magistrate Judge
                                                      Presiding by Consent

- 2 –

- 2 –